# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

_____

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

       Plaintiff,

             CASE NO.  1:11-cv-8905

     v.             Honorable Amy J. St. Eve

             Magistrate Judge Young B. Kim

STEPHEN M. FOLAN,

       Defendant.
_____

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff United States Securities and Exchange Commission ("Commission"), pursuant to the consent of Defendant Stephen M. Folan ("Folan") attached as Exhibit 1 hereto, respectfully moves this Court for the entry of final judgment.[1]  In support of this Motion, the Commission states as follows:

     1.      On December 15, 2011, the Commission filed a complaint against Folan alleging that Folan aided and abetted Sentinel Management Group, Inc.'s violations of Section 206(2) of the Investment Advisers Act of 1940 [15 U.S.C. § 80b-6(2)].

     2.      The SEC and Folan have reached a settlement agreement pursuant to which Folan has consented to the entry of an order of final judgment in the form attached to Exhibit 2, that,

---

[1] This case may be considered related to a case previously filed by the Commission pending before the Honorable Charles P. Kocoras styled *United States Securities and Exchange Commission v. Sentinel Management Group, Inc., et al.*, Case No. 07-cv-4684.  However, because this case is being filed as a settled action, the Commission is not filing a motion for reassignment based on relatedness under Local Rule 40.4.

among other things, permanently enjoins him from aiding and abetting violations of the provisions charged in the Complaint and orders Folan to pay a civil penalty of $50,000.

**WHEREFORE**, plaintiff United States Securities and Exchange Commission respectfully requests that the Court enter the proposed final judgment attached to Exhibit 2 hereto.


Dated: December 16, 2011                             Respectfully submitted,


/s/**Daniel S. Ryan**
 Eric M. Phillips (IL Bar # 6237871)
Daniel S. Ryan (IL Bar # 6279737)
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, Illinois  60604
(312) 353-7390

*Attorneys for the Plaintiff, the United States Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

      I, Daniel S. Ryan, hereby certify that, on December 16, 2011, I caused a copy of the foregoing **Agreed Motion for Entry of Final Judgment** to be served upon the following counsel by the Court's CM/ECF system and via electronic mail:

William Sullivan
Mason Floyd
Martin, Brown, Sullivan, Roadman & Hartnett, Ltd.
135 South LaSalle Street, Suite 3200
Chicago, IL 60603
*Attorneys for Defendant*

                                                    /s/ Daniel S. Ryan